UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROGER M. TROOST,

    Plaintiff,

v.                                                                Case No: 8:14-cv-839-T-36TBM

MERRITT FUNERAL HOME, INC. and
DAVID MERRITT,

    Defendants.
_____/

**O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. McCoun III on December 5, 2014 (Doc. 25). In the Report and Recommendation, Magistrate Judge McCoun recommends that the parties' Joint Motion to Approve FLSA Settlement and for Dismissal With Prejudice (Doc. 21) be GRANTED and that the Court direct the prompt disbursement of the settlement awards and attorneys' fees and costs, and then dismiss the case with prejudice. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). On December 10, 2014 the parties filed a notice of no objection to the Report and Recommendation. *See* Doc. 26. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)     The Report and Recommendation of the Magistrate Judge (Doc. 25) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Motion to Approve FLSA Settlement and for Dismissal With Prejudice (Doc. 21) is GRANTED.

(3) The Settlement is approved, as it constitutes a fair and reasonable resolution of disputed claims.

(4) The settlement award and attorneys' fees and costs shall be disbursed promptly.

(5) This action is DISMISSED with prejudice.

(6) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on December 11, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record